Case 1:97-cr-00068-JMS-TAB   Document 60   Filed 02/05/24   Page 1 of 1 PageID #: 534

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
Carlton Lamont Chaney

Case No: 1:97CR00068-001
USM No: 04860-028

Date of Original Judgment: 03/11/1998
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   430 months   months **is reduced to**   408 months*   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*408 months (108 months on Counts 1, 3, and 6, to be served concurrently, and 60 months on Count 2 and 240 months on Count 4, each to served consecutively to all other counts, for a total of 408 months)

Except as otherwise provided, all provisions of the judgment dated   03/11/1998   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/5/2024

Effective Date: 2/5/2024
*(if different from order date)*

*Judge's signature*

Honorable Jane Magnus-Stinson, U.S. District Court Judge
*Printed name and title*